**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
———————————
www.cand.uscourts.gov

Richard W. Wieking                                                General Court Number
Clerk                                                                          415.522.2000

## March 28, 2012

**CASE NUMBER:  CV 12-00787 JCS**
**CASE TITLE:  GMAC MORTGAGE LLC-v-MIGUEL LOPEZ**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Phyllis J. Hamilton** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PJH** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/28/12


FOR THE EXECUTIVE COMMITTEE:

_____
                                                        Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                          Entered in Computer 3/28/12 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                 Transferor CSA