UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GMAC MORTGAGE LLC

    Plaintiff,

    v.

MIGUEL LOPEZ

    Defendant.
_____/

No. C 12-0787 PJH

**ORDER REMANDING CASE**

Miguel Lopez ("Lopez"), claiming to be the defendant in the above-entitled action, removed the action from the Superior Court of California, County of Solano, Contra Costa, on February 17, 2012, alleging federal question jurisdiction. Lopez also seeks leave to proceed in forma pauperis.

This is an unlawful detainer action brought by GMAC Mortgage LLC ("GMAC") against defendants Ivonne Curiel, Yvonne Ortiz, and Eric Oriz ("defendants"), following a July 28, 2010 non-judicial foreclosure sale of residential property previously owned by defendants. On October 25, 2010, GMAC served a 90-day Notice to Quit, on defendants and all occupants, tenants, and subtenants.

The occupants failed to vacate the premises at the end of the 90-day period. GMAC filed the unlawful detainer complaint as Case No. FCM 119641 in Solano County Superior Court on January 26, 2011, and served the defendants with the summons and complaint on February 25, 2011. GMAC seeks to recover possession of the property, and also seeks damages at the rate of $40.00 per day from January 25, 2011 until the date of judgment.

Lopez filed an answer to the complaint on March 8, 2010. The case was set for trial

on May 31, 2011.  On May 12, 2011, Lopez filed a notice of removal, and the case was removed to this court as Case No. C-11-2347 EMC.  On July 1, 2011, the case was remanded for lack of subject matter jurisdiction.  The Superior Court re-set the case for trial on September 6, 2011.

On September 1, 2011, Lopez filed a Chapter 7 bankruptcy petition in the Bankruptcy Court for the Northern District of California.  That action was transferred to the Eastern District of California, and was dismissed on October 26, 2011.  The Superior Court re-set the trial date in Case No. FCM 119641 for November 15, 2011.

On November 10, 2011, Lopez again filed a notice of removal, and the case was removed to this court as Case No. C-11-5475 JSW.  On January 6, 2012, the case was remanded for lack of subject matter jurisdiction.  The Superior Court re-set the trial date for February 21, 2012.

On February 17, 2010, Lopez again filed a notice of removal, and the case was removed to this court under the present case number.  As indicated above, GMAC has again filed a motion to remand.  The court finds that the motion must be GRANTED, for the reasons stated in the court's prior orders.  No federal question appears on the face of the complaint.  Thus, there is no federal question jurisdiction.  See Toumajian v. Frailey, 135 F.3d 648, 853 n.2 (9th Cir. 1998).  Jurisdiction may not be based on a claim raised as a defense or a counterclaim.  See Smith v. Grimm, 534 F.2d 1346, 1350 (9th Cir. 1976).

In addition, while it appears that Lopez and GMAC may be citizens of different states, the complaint seeks a money judgment of $40.00 per day, and specifies that the demand is "less than $10,000.00"  Thus, the amount-in-controversy requirement is not met. See 28 U.S.C. § 1332(a).  Moreover, removal through diversity jurisdiction is not available to defendants that are citizens of the state in which the state action was brought.  28 U.S.C. § 1441(b).  Thus, to the extent that Lopez even has a right to remove a case in which he is not named as a defendant, he states in the notice of removal that he is a tenant in the foreclosed property.  Thus, as a resident of California, he is not eligible to remove a case on grounds of diversity jurisdiction.

Accordingly, U.S. Bank's motion is GRANTED, and the case is hereby REMANDED to the Solano County Superior Court.  U.S. Bank's request for attorney's fees and costs is DENIED.  Lopez' request to proceed in forma pauperis is GRANTED.

The clerk is hereby instructed that <u>no further notices of removal shall be accepted from Miguel Lopez</u> for filing without approval of a district judge of this court.

**IT IS SO ORDERED.**

Dated: March 29, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge